# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-414-Orl-31KRS**

**JOHNNY BARON, JR.,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 8) filed May 8, 2008.

On September 9, 2008, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　The Plaintiff's Motion for Entry of Default Judgment is GRANTED in part.  The Clerk is directed to enter Judgment in favor of the United States of America against the Defendant Johnny Baron, Jr. as follows:

| | | |
|---|---|---|
| Principle | $1,807.75 | |
| Interest as of 3/20/08 | 2,406.62 | |
| Interest from 3/21-9/30/08 | 77.60 | (194 days @ $.40/day) |
| | $4,291.97 | |

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of September, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE